Geoffrey E. Dobbin
Geoff@DobbinIPLaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
Attorney for Defendant
2250 S Redwood Road, Suite 5
West Valley City, UT 84119-1355
801-969-6609

JAY JOHNSON, *pro hac vice to be filed*
jay@kjpllc.com
TX State Bar No. 24067322
D. BRADLEY KIZZIA, *pro hac vice to be filed*
bkizzia@kjpllc.com
TX State Bar No. 11547550
KIZZIA JOHNSON, PLLC
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
214-451-0164
Fax: 214-451-0165

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC**<br><br>       **Plaintiff,**<br><br>v.<br><br>**EFILECABINET, INC.,**<br><br>       **Defendant.** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No.  2:21-cv-00522-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.

1

2

Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant eFileCabinet, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: November 24, 2021.                    Respectfully submitted,

/s/ Geoffrey E. Dobbin
Geoffrey E. Dobbin
Geoff@DobbinIPLaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
Attorney for Defendant
2250 S Redwood Road, Suite 5
West Valley City, UT 84119-1355
801-969-6609

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on November ____, 2021 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

/s/ Geoffrey E. Dobbin
Geoffrey E. Dobbin
